# Exhibit A

# NEW YORK MAGAZINE Mailing List

NEW YORK magazine, published weekly by New York Media Holdings, LLC covers, analyzes, comments on and defines the news, culture, entertainment, lifestyle, fashion and personalities that drive New York City.

**Get Count**   **Get Pricing**   **Get More Information**

| SEGMENTS | COUNTS THROUGH 04/28/2022 |
|---|---|
| 90,037 TOTAL UNIVERSE / BASE RATE | $110.00/M |
| 90,037 ACTIVE SUBSCRIBERS | $110.00/M |
| 17,757 JAN'22-MAR'22 SUBSCRIBERS | + $11.00/M |
| 38,999 OCT'21-DEC'21 SUBSCRIBERS | + $8.00/M |
| 159,072 EXPIRES | $75.00/M |
| FUNDRAISER RATE | $80.00/M |
| NON PROFIT RATE | $90.00/M |
| CATALOG RATE | $80.00/M |

## DESCRIPTION

NEW YORK magazine, published weekly by New York Media Holdings, LLC covers, analyzes, comments on and defines the news, culture, entertainment, lifestyle, fashion and personalities that drive New York City.

Subscribers to NEW YORK magazine are influential and affluent. They turn to NEW YORK magazine to stay on top of the players, trends, culture and politics of city life. NEW YORK magazine delivers timely insight on everything from local entertainment options to real estate trends, from the hottest hairstylists to the best neurologists, from the restaurant scene to the singles scene. It's a must-read for New Yorkers who want to know what's new in the city.  These very affluent mail order responsive subscribers are ideal prospects for consumer magazines and books, apparel and gift catalogs, credit card and financial offers, as well as non-profit appeals.

```
*********** Fast Facts *****************
Median Age...........................43
Median Household Income.........$164,038
Median Net Worth..............$1,368,593
Post Graduate Study/Degree...........47%
Professional/Managerial..............56%
C-Title..............................21%
****************************************
```

## ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #213311 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE

| POPULARITY: | ===== 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 43% FEMALE 37% MALE |
| SPENDING: | $29.97 AVERAGE ORDER |

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $16.00/M |
| 3 MONTH HOTLINE | $11.00/M |
| 6 MONTH HOTLINE | $8.00/M |
| CHANGE OF ADDRESS | $11.00/M |
| MODELED NAMES FEE APPLIES | $40.00/M |
| PAID | $11.00/M |
| SCF | $8.00/M |
| SOURCE | $11.00/M |
| STATE | $8.00/M |
| ZIP | $8.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| BUSINESS ADDRESS | $11.00/M |
| EMAIL | $50.00/F |
| FTP | $50.00/F |
| HOME ADDRESS | $11.00/M |

| RELATED LISTS |
|---|
| I-BEHAVIOR DATABASE |
| SMITHSONIAN MAGAZINE |
| THE WEEK MAGAZINE |
| THE ECONOMIST |
| MOTHER JONES |
| DOTDASH MEREDITH DATABASE - CUSTOM MODELING |
| CDS XPRESS MOVES MASTERFILE |
| SIERRA CLUB MEMBERS & ENHANCED |
| NATURE CONSERVANCY |
| 2020-2021 STALWART DEMOCRAT & LIBERAL DONORS |