# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARLEEN KOSAK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEW YORK MEDIA HOLDINGS CORP.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-11850-MFL-EAS |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Frank S. Hedin, of Hedin Hall LLP, hereby enters his appearance as counsel of record for Plaintiff in the above-captioned matter.

Dated: September 23, 2022　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *Frank S. Hedin*
　　　　　　　　　　　　　　　　Frank S. Hedin
　　　　　　　　　　　　　　　　HEDIN HALL LLP
　　　　　　　　　　　　　　　　1395 Brickell Avenue, Suite 1140
　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　Tel: 305.357.2107
　　　　　　　　　　　　　　　　Fax: 305.200.8801
　　　　　　　　　　　　　　　　fhedin@hedinhall.com

　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Frank S. Hedin*