AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Arleen Kosak | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-11850-MFL-EAS |
| New York Media Holdings Corp. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Arleen Kosak.

Date: 09/27/2022

/s/ Philip L. Fraietta
*Attorney's signature*

Philip L. Fraietta  Bar. No. P85228
*Printed name and bar number*

Bursor & Fisher, P.A.
888 Seventh Avenue, 3rd Floor
New York, NY 10106
*Address*

pfraietta@bursor.com
*E-mail address*

(646) 837-7150
*Telephone number*

(212) 989-2163
*FAX number*