AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Arleen Kosak | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 2:22-cv-11850-MFL-EAS |
| New York Media Holdings Corp. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Arleen Kosak.

Date:  09/27/2022

/s/ Joseph I. Marchese
*Attorney's signature*

Joseph I. Marchese,  Bar. No. P85862
*Printed name and bar number*

Bursor & Fisher, P.A.
888 Seventh Avenue, 3rd Floor
New York, NY 10106
*Address*

jmarchese@bursor.com
*E-mail address*

(646) 837-7150
*Telephone number*

(212) 989-2163
*FAX number*