# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Arleen Kosack, individually and on behalf of all others similarly situated | Case No. 22-cv-11850 |
| | Hon. Matthew F. Leitman |
| | Mag. Judge Elizabeth A. Stafford |
| Plaintiff, | |
| vs. | |
| New York Media Holdings, LLC, | |
| Defendants. | |

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory A. Mitchell of The Miller Law Firm, P.C. hereby enters his appearance as counsel on behalf of Plaintiff, Arleen Kosack, in the above-captioned matter.

Respectfully Submitted,

**THE MILLER LAW FIRM, P.C.**

*/s/ Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
950 W. University Drive, Suite 300
Rochester, MI 48307
T: (248) 841-2200
F: (248) 652-2852
gam@miller.law
*Attorneys for Plaintiff*

Date: November 4, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Gregory A. Mitchell*
Gregory A. Mitchell (P68723)