### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

ARLEEN KOSAK, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

NEW YORK MEDIA HOLDINGS, LLC,

        Defendant.

_____/

Case No. 2:22-cv-11850
Hon. Matthew F. Leitman

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carol G. Schley of the law firm Clark Hill PLC hereby enters her appearance on behalf of Defendant New York Media Holdings, LLC in the above cause of action.

CLARK HILL PLC

By: */s/Carol G. Schley*
Carol G. Schley (P51301)
Attorney for Defendant
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 530-6338
cschley@clarkhill.com

Dated: November 28, 2022

## **CERTIFICATE OF SERVICE**

I certify that on November 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                        By:    */s/Carol G. Schley*
                                  Clark Hill PLC
                                  151 S. Old Woodward Ave., Ste. 200
                                  Birmingham, MI 48009
                                  (248) 530-6338
                                  P51301