UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARLEEN KOSAK, individually and on
behalf of all others similarly situated,

              Plaintiff,

vs.

NEW YORK MEDIA HOLDINGS,
LLC,

              Defendant.

Case No. 2:22-cv-11850
Hon. Matthew F. Leitman

---

**STIPULATED ORDER EXTENDING TIME
FOR DEFENDANT TO ANSWER OR OTHERWISE
<u>RESPOND TO PLAINTIFF'S COMPLAINT</u>**

This matter is before the Court on the Stipulation of Plaintiff and Defendant,

as reflected by the signatures of their counsel below, and the Court being otherwise

fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the deadline by which

Defendant may file an answer or take any other action in response to Plaintiff's

Complaint as permitted by the Federal Rules of Civil Procedure (including, but not

limited to, the filing of a counterclaim, third-party claim or any motion), is extended

for 45 days, through and including January 12, 2023.  The Parties do not waive any

rights or defenses by entering into this Stipulation.

                        /s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  November 28, 2022

STIPULATED:

/s/Frank S. Hedin                     /s/Carol G. Schley

| Frank S. Hedin | Peter B. Kupelian (P31812) |
|---|---|
| Arun G. Ravindran | Carol G. Schley (P51301) |
| Hedin Hall LLP | Clark Hill PLC |
| 1395 Brickell Avenue, Suite 1140 | 151 South Old Woodward Ave., Suite 200 |
| Miami, FL 33131 | Birmingham, MI 48226 |
| (305) 357-2107 | (248) 642-9692 |
| fhedin@hedinhall.com | pkupelian@clarkhill.com |
| aravindran@hedinhall.com | cschley@clarkhill.com |

*Attorneys for Defendant*
Dated:  November 28, 2022

Joseph I. Marchese
Philip L. Fraietta
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com

E. Powell Miller (P39487)
Sharon Almonrode (P33938)
The Miller Law Firm, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI 48307
(284) 841-2200
epm@millerlawpc.com
gam@millerlawpc.com
ssa@millerlawpc.com

*Attorneys for Plaintiff*
Dated:  November 28, 2022

2