# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARLEEN KOSAK,<br>individually and on behalf of all others<br>similarly situated,<br>                Plaintiff,<br><br>vs.<br><br>NEW YORK MEDIA HOLDINGS, LLC.<br>                Defendant. | )<br>)<br>)<br>) Case No. 2:22-cv-11850-MFL-EAS<br>)<br>) Hon. Matthew F. Leitman<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To:  The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant NEW YORK MEDIA HOLDINGS, LLC.

Dated: January 12, 2023

*/s/ Kristen C. Rodriguez*
Kristen C. Rodriguez
Illinois Bar No. 6300697
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606-6404
Tel: (312) 876-8000
Fax: (312) 876-7934
kristen.rodriguez@dentons.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2023, a copy of the foregoing **NOTICE OF APPEARANCE for KRISTEN C. RODRIGUEZ** was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      */s/ Kristen C. Rodriguez*
      Kristen C. Rodriguez