# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARLEEN KOSAK, )<br>individually and on behalf of all others )<br>similarly situated, )<br>               Plaintiff, )<br>)<br>vs. )<br>)<br>NEW YORK MEDIA HOLDINGS, LLC. )<br>           Defendant. )<br>)<br>) | Case No. 2:22-cv-11850-MFL-EAS<br><br>Hon. Matthew F. Leitman |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant NEW YORK MEDIA HOLDINGS, LLC.

Dated: January 12, 2023

                                         */s/ Deborah H. Renner*
                                         Deborah H. Renner
                                         New York Bar No. 2561728
                                         DENTONS US LLP
                                         1221 Avenue of the Americas
                                         New York, NY 10020
                                         Tel: (212) 768-6700
                                         Fax: (212) 768-6800
                                         deborah.renner@dentons.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2023, a copy of the foregoing **NOTICE OF APPEARANCE for DEBORAH H. RENNER** was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                    */s/ Deborah H. Renner*
                                                    Deborah H. Renner