# EXHIBIT A

|   | DATE COMPLAINT FILED | NAME OF CASE | CASE NO. & JUDGE | COURT |
|---|---|---|---|---|
| 1 | 4/14/2016 | *Moeller v. Am. Media, Inc.* | 5:16-cv-11367 Judith E. Levy | E.D. Mich. |
| 2 | 5/29/2018 | *Horton v. Gamestop, Inc.* | 1:18-cv-00596 Gordon J. Quist | W.D. Mich. |
| 3 | 1/30/2019 | *Kokoszki v. Playboy Enterprises, Inc.* | 2:19-cv-10302 Bernard A. Friedman | E.D. Mich. |
| 4 | 3/26/2019 | *Markham v. Nat'l Geographic Partners, LLC* | 1:19-cv-00232 Janet t. Neff | W.D. Mich. |
| 5 | 6/13/2019 | *Chelone v. Am.'s Test Kitchen LP* | 2:19-cv-11757 Terrence G. Berg | E.D. Mich. |
| 6 | 6/19/2019 | *Forton v. Ten: Pub. Media, LLC* | 1:19-cv-11814 Judith E. Levy | E.D. Mich. |
| 7 | 6/24/2019 | *Phillips v. Smithsonian Institution* | 2:19-cv-11852 Arthur J. Tarnow | E.D. Mich. |
| 8 | 6/25/2019 | *Lin v. Crain Comms, Inc.* | 2:19-cv-11889 Victoria A. Roberts | E.D. Mich. |
| 9 | 6/27/2019 | *Strano v. The Kiplinger Washington Editors, Inc.* | 1:19-cv-11913 Thomas L. Ludington | E.D. Mich. |
| 10 | 6/15/2021 | *Pratt v. KSE Sportsman Media* | 1:21-cv-11404 Thomas L. Ludington | E.D. Mich. |
| 11 | 8/4/2021 | *Taylor v. Guideposts A Church Corp.* | 2:21-cv-11791 Sean F. Cox | E.D. Mich. |
| 12 | 8/4/2021 | *Schilz v. Forbest Media LLC* | 2:21-cv-11796 Gershwin A Drain | E.D. Mich. |
| 13 | 8/4/2021 | *Raymond v. Ogden Pub.* | 2:21-cv-11793 Mark S. Goldsmith | E.D. Mich. |
| 14 | 8/4/2021 | *Gallagher v. EB Golf Media* | 2:21-cv-11795 David M. Lawson | E.D. Mich. |
| 15 | 8/5/2021 | *Vanocker v. Found. for Nat'l Progress* | 1:21-cv-669 Hala Y. Jarbou | W.D. Mich. |
| 16 | 8/5/2021 | *Krassick v. Archaeological Inst. of Am.* | 2:21-cv-180 Hala Y. Jarbo | W.D. Mich. |
| 17 | 8/5/2021 | *Owen v. Kalmback Media Co.* | 2:21-cv-11809 Mark S. Goldsmith | E.D. Mich. |
| 18 | 8/5/20221 | *Hamilton v. Harvard Bus. Pub. Corp.* | 4:21-cv-11808 Stephanie D. Davis | E.D. Mich. |
| 19 | 8/5/2021 | *Green v. PGA Mag.* | 2:21-cv-11810 Victoria A. Roberts | E.D. Mich. |
| 20 | 8/5/2021 | *Ulsh v. Farm J., Inc.* | 1:22-cv-00686 Hala Y. Jarbou | W.D. Mich. |

| | | | | |
|---|---|---|---|---|
| 21 | 8/5/2021 | *Fotis v. This Old House Ventures, LLC* | 2:21-cv-00180 Hala Y. Jarbou | W.D. Mich. |
| 22 | 8/5/2021 | *Loftus v. Outside Integrated Media* | 2:21-cv-11809 Mark S. Goldsmith | E.D. Mich. |
| 23 | 8/5/2021 | *Devroy v. Annie's Pub., LLC* | 2:21-cv-11815 Terrence G. Berg | E.D. Mich. |
| 24 | 8/5/2021 | *Kain v. Economist Newspaper* | 4:21-cv-11807 Matthew Leitman | E.D. Mich. |
| 25 | 8/5/2021 | *Hester v. Plus Communications* | 1:21-cv-671 Hala Y. Jarbou | W.D. Mich. |
| 26 | 9/17/2021 | *Bennett v. Penny Publications* | 1:21-cv-00807 Hala Y. Jarbou | W.D. Mich. |
| 27 | 9/27/2021 | *Hill v. 1105 Media, Inc.* | 1:21-cv-12191 Thomas L. Ludington | E.D. Mich. |
| 28 | 9/28/2021 | *Shye v. Bookspan LLC* | 1:21-cv-12285 Thomas L. Ludington | E.D. Mich. |
| 29 | 12/3/2021 | *Callahan v. Am. City Bus. J., Inc.* | 3:21-cv-12832 Robert H. Cleland | E.D. Mich. |
| 30 | 12/7/2021 | *Eberhardt v. Newsweek LLC* | 2:21-cv-12849 George C. Steeh, III | E.D. Mich. |
| 31 | 12/14/2021 | *Kelly v. Allee Group LLC* | 4:21-cv-12910 Stephanie D. Davis | E.D. Mich. |
| 32 | 12/21/2021 | *Ouellette v. Entrepreneur Media, Inc.* | 1:21-cv-11799 Thomas L. Ludington | E.D. Mich. |
| 33 | 12/22/2021 | *Ketover v. Kiplinger Washington* | 1:21-cv-12987 Thomas L. Ludington | E.D. Mich. |
| 34 | 12/22/2021 | *Delvalle v. Am. Master Products, Inc.* | 2:21-cv-12986 Stephanie D. Davis | E.D. Mich. |
| 35 | 2/15/2022 | *Custard v. Mansueto Ventures LLC* | 1:22-cv-10318 Matthew F. Leitman | E.D. Mich. |
| 36 | 2/17/2022 | *Russett v. NTVB Media Inc.* | 5:22-cv-10352 Judith E. Levy | E.D. Mich. |
| 37 | 3/24/2022 | *Nashel v. The New York Times Company* | 2:22-cv-10633 Stephen J. Murphy, III | E.D. Mich. |
| 38 | 3/28/2022 | *Custard v. The Week Publications, Inc.* | 1:22-cv-10666 Thomas L. Ludington | E.D. Mich. |
| 39 | 3/31/2022 | *Bozung v. Christianbook, LLC* | 1:22-cv-00304 Hala Y. Jarbou | W.D. Mich. |
| 40 | 3/31/2022 | *Batts v. Gannett Co.* | 4:22-cv-10685 Shalina D. Kumar | E.D. Mich. |
| 41 | 5/3/2022 | *Meahl v. The Nation Company, LLC* | 1:22-cv-00402 Hala Y. Jarbou | W.D. Mich. |
| 42 | 5/17/2022 | *Taylor v. Active Int. Media, Inc.* | 1:22-cv-00447 Hala Y. Jarbou | W.D. Mich. |

| | | | | |
|---|---|---|---|---|
| 43 | 5/18/2022 | *Lessenberry v. Council on Foreign Rels, Inc.* | 2:22-cv-11077 Gershwin A. Drain | E.D. Mich. |
| 44 | 5/20/2022 | *Lilly v. Sandviks, Inc.* | 2:22-cv-11104 Terrence G. Berg | E.D. Mich. |
| 45 | 5/20/2022 | *Murray v. Nat'l Ass'n of Realtors* | 2:22-cv-11107 Sean F. Cox | E.D. Mich. |
| 46 | 5/30/2022 | *Taylor v. Belvoir Media Group, LLC* | 1:22-cv-00477 Hala Y. Jarbou | W.D. Mich. |
| 47 | 5/30/2022 | *Gaines v. Nat'l Wildlife Fed'n* | 5:22-cv-11173 Judith E. Levy | E.D. Mich. |
| 48 | 6/8/2022 | *Osborn v. B.A.S.S., LLC* | 1:22-cv-00520 Hala Y. Jarbou | W.D. Mich. |
| 49 | 6/8/2022 | *Crane v. Am. Bar Ass'n* | 2:22-cv-11267 Terrence G. Berg | E.D. Mich. |
| 50 | 6/10/2022 | *Davis v. Equine Network, LLC* | 2:22-cv-11289 Nancy G. Edmunds | E.D. Mich. |
| 51 | 6/10/2022 | *Nock v. Boardroom, Inc.* | 2:22-cv-11296 Bernard A. Freidman | E.D. Mich. |
| 52 | 6/10/2022 | *O'Shea v. Nat'l Review, Inc.* | 5:22-cv-11295 Judith E. Levy | E.D. Mich. |
| 53 | 6/13/2022 | *Mitchell v. Magnificat, Inc.* | 1:22-cv-11299 Matthew F. Leitman | E.D. Mich. |
| 54 | 6/14/2022 | *Fotis v. This Old House Ventures, LLC* | 1:22-cv-00549 Hala Y. Jarbou | W.D. Mich. |
| 55 | 6/15/2022 | *Prestel v. Christianity Today Int'l* | 1:22-cv-00551 Hala Y. Jarbou | W.D. Mich. |
| 56 | 6/15/2022 | *R.R. v. Highlights for Child., Inc.* | 1:22-cv-11329 Bernard A. Freidman | E.D. Mich. |
| 57 | 6/15/2022 | *Goodrich v. Essence Comms, Inc.* | 2:22-cv-11322 Sean F. Cox | E.D. Mich. |
| 58 | 6/15/2022 | *Campbell v. Jobson Med. Info. LLC* | 2:22-cv-11326 Laurie J. Michelson | E.D. Mich. |
| 59 | 6/17/2022 | *Rubin v. Source Media LLC* | 2:22-cv-11361 Matthew F. Leitman | E.D. Mich. |
| 60 | 6/21/2022 | *DelValle v. Informa Media, Inc.* | 2:22-cv-00132 Hala Y. Jarbou | W.D. Mich. |
| 61 | 6/22/2022 | *Pett v. Publishers Clearing House, Inc.* | 2:22-cv-11389 Denise P. Hood | E.D. Mich. |
| 62 | 6/23/2022 | *Kochanski v. Am. City Bus. J., Inc.* | 1:22-cv-00582 Hala Y. Jarbou | W.D. Mich. |
| 63 | 6/23/2022 | *Moore v. Columbia Books Inc.* | 1:22-cv-00583 Hala Y. Jarbou | W.D. Mich. |
| 64 | 6/24/2022 | *Knoll v. Farm Show Pub., Inc.* | 1:22-cv-11379 Thomas L. Ludington | E.D. Mich. |

| 65 | 7/22/2022 | *Sharper v. Randall-Reilly, LLC* | 2:22-cv-11691<br>Bernard A. Freidman | E.D. Mich. |
|---|---|---|---|---|
| 66 | 7/23/2022 | *Slodowski v. CCG Ventures, Inc.* | 1:22-cv-11697<br>Thomas L. Ludington | E.D. Mich. |
| 67 | 7/24/2022 | *McGlade v. Hoffman Media, LLC* | 2:22-cv-11698<br>Terrence G. Berg | E.D. Mich. |
| 68 | 7/30/2022 | *White v. Newsmax Media, Inc.* | 5:22-cv-11765<br>Judith E. Levy | E.D. Mich. |
| 69 | 8/3/2022 | *Kotila v. Charter Fin. Pub. Network, Inc.* | 1:22-cv-00704<br>Paul L. Maloney | W.D. Mich. |
| 70 | 8/10/2022 | *Kosak v. New York Media Holdings Corp.* | 2:22-cv-11850<br>Matthew F. Leitman | E.D. Mich. |
| 71 | 8/12/2022 | *Winarski v. Biblical Soc'y, Inc.* | 1:22-cv-11881<br>Thomas L. Ludington | E.D. Mich. |
| 72 | 8/15/2022 | *Emral v. Bobit Music Bus. Media, Inc.* | 1:22-cv-00741<br>Robert J. Jonker | W.D. Mich. |
| 73 | 8/16/2022 | *Bujak v. Q11 Associates, LLC* | 3:22-cv-11918<br>Robert H. Cleland | E.D. Mich. |
| 74 | 8/30/2022 | *White v. Frank W. Cawood & Associates, Inc.* | 2:22-cv-12032<br>Bernard A. Friedman | E.D. Mich. |
| 75 | 8/31/2022 | *Johnson v. Harvard Bus. Pub. Corp.* | 1:22-cv-00802<br>Hala Y. Jarbou | W.D. Mich. |
| 76 | 8/31/2022 | *Clarke v. Columbia Books, Inc.* | 1:22-cv-00803<br>Jane M. Beckering | W.D. Mich. |
| 77 | 8/31/2022 | *Holmes v. Soundview Comm., Inc.* | 3:22-cv-12061<br>Robert H. Cleland | E.D. Mich. |
| 78 | 9/12/2022 | *Murphy v. Active Int. Media, Inc.* | 4:22-cv-12159<br>David M. Lawson | E.D. Mich. |
| 79 | 9/12/2022 | *Lee v. Belvoir Media Group, LLC* | 5:22-cv-12153<br>Shalina D. Kumar | E.D. Mich. |
| 80 | 9/16/2022 | *Henderson v. Ctr. for Sci. in the Pub. Int.* | 1:22-cv-00856<br>Hala Y. Jarbou | W.D. Mich. |
| 81 | 9/16/2022 | *Henderson v. Ctr. for Sci. in the Pub. Int.* | 2:22-cv-12191<br>Bernard A. Friedman | E.D. Mich. |
| 82 | 9/19/2022 | *Gottsleben v. Informa Media, Inc.* | 1:22-cv-00866<br>Hala Y. Jarbou | W.D. Mich. |
| 83 | 9/26/2022 | *Schreiber v. Mayo Found. for Med. Edu. And Res.* | 2:22-cv-188<br>Hala Y. Jarbou | W.D. Mich. |
| 84 | 9/27/2022 | *Williams v. CCG Ventures, Inc.* | 2:22-cv-12282<br>Terrence G. Berg. | E.D. Mich. |
| 85 | 9/27/2022 | *Wissmueller v. Cricket Media Inc.* | 2:22-cv-12284<br>George C. Steeh, III | E.D. Mich. |
| 86 | 9/30/2022 | *Auberry v. Fastest Media LLC* | 2:22-cv-12426<br>Bernard A. Friedman | E.D. Mich. |

| 87 | 9/30/2022 | *Jaja v. Afar LLC* | 2:22-cv-12332<br>Denise P. Hood | E.D. Mich. |
|----|-----------|--------------------|---------------------------------|------------|
| 88 | 10/4/2022 | *Kasul v. Madavor Media LLC* | 1:22-cv-914<br>Hala Y. Jarbou | W.D. Mich. |
| 89 | 10/28/2022 | *Crane v. The New York Times Company* | 2:22-cv-12603<br>Stephen J. Murphy, III | E.D. Mich. |
| 90 | 11/4/2022 | *Roberts v. Newsmax Media Inc.* | 1:22-cv-1036<br>Hala Y. Jarbou | W.D. Mich. |
|    |           |                    |                                 |            |