UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Arleen Kosak,

            Plaintiff(s),

v.                                  Case No. 2:22−cv−11850−MFL−EAS
                                    Hon. Matthew F. Leitman

New York Media Holdings, LLC,
et al.,

            Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 207.  The following motion(s) are scheduled for hearing:

    Motion to Dismiss − #16

- MOTION HEARING:  July 31, 2023 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/Holly A Ryan
                                                  Case Manager

Dated:  June 9, 2023