# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARLEEN KOSAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MEDIA HOLDINGS, LLC.<br><br>Defendant. | Case No. 2:22-cv-11850-MFL-EAS<br><br>Hon. Matthew F. Leitman |

## PLAINTIFF ARLEEN KOSAK'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, individually and on behalf of all others similarly situated, submits this Notice of Supplemental Authority to apprise the Court of a recent decision relevant to Plaintiff's Motion for Leave to File a Second Amended Complaint and the related briefing (ECF Nos. 17–20). In Defendant's responsive briefing, it argues that any proposed amendment by Plaintiff here is futile. *See* Defendant's Response to Plaintiff's Motion for Leave to Amend (ECF No. 18) and Defendant's Motion for Leave to File Sur-Reply (ECF No. 20); *see also* Defendant's Motion for Leave to File Supplemental Authority (ECF No. 21) (citing *Bozung v. Christianbook, LLC*, No. 1:22-cv-304 (W.D. Mich. Mar. 6, 2023)). The recently issued decision below, and attached hereto as an exhibit, is relevant to this issue.

1. On March 8, 2023, Defendant filed a motion for leave to file supplemental authority, informing this Court of a decision on a motion to dismiss in the Western District of Michigan in *Bozung v. Christianbook, LLC*, No. 1:22-cv-304, (W.D. Mich. Mar. 6, 2023). The *Bozung* court granted the defendant's motion to dismiss, without prejudice, in a case brought on behalf of a plaintiff making a claim for violation of the Michigan PPPA.

2. Thereafter, the plaintiff in *Bozung* filed a motion for relief from judgment pursuant to Fed. R. Civ. P.59(e) & Fed. R. Civ. P. 60(b) and for leave to file second amended complaint pursuant to Fed. R. Civ. P. 15(a). On July 14, 2023, the Honorable Hala Y. Jarbou issued an opinion and order reinstating the case. The

1

*Bozung* court vacated its judgment of dismissal and granted the plaintiff's motion to alter or amend the judgment and for leave to amend the complaint. A copy of the July 14 *Bozung* opinion is attached hereto as **Exhibit A**.

Dated: July 28, 2023                    Respectfully submitted,

**ARLEEN KOSAK**,

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                         */s/ E. Powell Miller*
                                         E. Powell Miller (P39487)
                                         **THE MILLER LAW FIRM, P.C.**
                                         950 W. University Dr., Ste. 300
                                         Rochester, MI 48307
                                         Tel: (248) 841-2200
                                         epm@millerlawpc.com