# EXHIBIT 2

991 N.W.2d 586 (Mem)
Supreme Court of Michigan.

Karen CARTER, Plaintiff-Appellee,

v.

DTN MANAGEMENT COMPANY, d/b/a DTN MGT, Defendant-Appellant.

SC: 165425
|
COA: 360772
|
June 30, 2023

Ingham CC: 21-000228-NO

**Order**

On order of the Court, the application for leave to appeal the January 26, 2023 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether this Court possessed the authority to issue Administrative Order Nos. 2020-3 and 2020-18. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

We direct the Clerk to schedule the oral argument in this case for the same future *587 session of the Court when it will hear oral argument in *Armijo v Bronson Meth Hosp* (Docket Nos. 165399-400).

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

**All Citations**

991 N.W.2d 586 (Mem)

---

End of Document © 2023 Thomson Reuters. No claim to original U.S. Government Works.