UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARLEEN KOSAK,

    Plaintiff,

v.

Case No. 22-cv-11850
Hon. Matthew F. Leitman

NEW YORK MEDIA
HOLDINGS, CORP., *et al.*

    Defendants.
_____/

## ORDER TERMINATING MOTIONS WITHOUT PREJUDICE (ECF Nos. 16, 17, 20)

Currently pending before the Court are Defendant New York Media Holdings, LLC's motion to dismiss (*see* ECF No. 16), Plaintiff Arleen Kosak's motion for leave to file a Second Amended Complaint (*see* ECF No. 17), and New York Media's motion to file a sur-reply (*see* ECF No. 20). The Court scheduled a hearing on the motions for September 22, 2023. (*See* Notice of Hearing, ECF No. 31.)

On September 15, 2023, the parties contacted the Court and asked the Court to adjourn the hearing so that they could engage in settlement discussions. The Court held a status conference with counsel on September 18, 2023. For the reasons explained during the status conference, the Court **TERMINATES** all pending motions (ECF Nos. 16, 17, and 20) **WITHOUT PREJUDICE**. The September 22, 2023, hearing on the motions is also **ADJOURNED**. If the parties' negotiations do

1

not result in a settlement of this action, the Court will reinstate the motions and reschedule the hearing for a time mutually convenient for all parties.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman  
                                                    MATTHEW F. LEITMAN  
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 18, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2023, by electronic means and/or ordinary mail.

                                                    s/Susan Pinkowski  
                                                    Case Manager  
                                                    (313) 234-2662