UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Arleen Kosak,

               Plaintiff(s),

v.                                     Case No. 2:22−cv−11850−MFL−EAS
                                              Hon. Matthew F. Leitman

New York Media Holdings, LLC,
et al.,

               Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE:  February 7, 2024 at 02:30 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Holly A Ryan
                                                    Case Manager

Dated:  February 6, 2024