UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARLEEN KOSAK,

    Plaintiff,

v.

Case No. 22-cv-11850
Hon. Matthew F. Leitman

NEW YORK MEDIA
HOLDINGS, CORP., *et al.*

    Defendants.
_____/

## ORDER SETTING FORTH FILING DEADLINES

On February 7, 2024, the Court held a status conference in this action. For the reasons stated on the record during that conference, **IT IS HEREBY ORDERED** as follows:

1. By no later than **March 15, 2024**, Defendants shall file a motion to dismiss this action for lack of subject matter jurisdiction. Plaintiff shall not file a response to that motion until further order of the Court.

2. By no later than **April 5, 2024**, Plaintiff shall file a motion seeking permission to conduct discovery concerning the issues raised in Defendant's motion to dismiss for lack of subject matter jurisdiction. In her motion, Plaintiff shall specifically identify the discovery she seeks to conduct and shall explain why it is necessary to conduct that discovery in

order to properly respond to Defendant's motion to dismiss for lack of subject matter jurisdiction.

3. By no later than **April 22, 2024**, Defendant shall respond to Plaintiff's motion for permission to conduct discovery.

4. By no later than **May 3, 2024**, Plaintiff shall file a reply in further support of her motion for permission to conduct discovery.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 8, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126