# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARLEEN KOSAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MEDIA HOLDINGS, LLC,<br><br>Defendant. | Case No. 2:22-cv-11850-MFL-EAS<br><br>Hon. Matthew F. Leitman<br><br>**CLASS ACTION** |

### PLAINTIFF'S NOTICE REGARDING MOTION SEEKING PERMISSION TO CONDUCT DISCOVERY

On February 8, 2024, the Court issued an Order Setting Forth Filing Deadlines, in which it set April 5, 2024 as the date by which Plaintiff shall file a motion seeking permission to conduct discovery concerning the issues raised in Defendant's motion to dismiss for lack of subject matter jurisdiction. (ECF No. 36). Plaintiff has reviewed Defendant's motion and the declarations and exhibits attached thereto (ECF No. 37 through 37-3) and has determined that no discovery is necessary to oppose the motion. Therefore, Plaintiff respectfully requests that the Court order her to oppose Defendant's motion to dismiss for lack of subject matter jurisdiction by on or before April 26, 2024.

1

Dated: April 5, 2024

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinllp.com
aravindran@hedinllp.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com