UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARLEEN KOSAK,

    Plaintiff,

v.                                     Case No. 22-cv-11850
                                        Hon. Matthew F. Leitman

NEW YORK MEDIA
HOLDINGS, LLC,

    Defendant.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS (ECF No. 37)

On March 15, 2024, Defendant New York Media Holdings, LLC filed a Motion to Dismiss Plaintiff Arleen Kosak's Amended Complaint. (*See* Mot., ECF No. 37.) Kosak shall file a response to that motion by no later than **April 26, 2024**. New York Media Holdings shall file a reply by no later than **May 10, 2024**.

    **IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
Dated: April 8, 2024                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 8, 2024, by electronic means and/or ordinary mail.

                                                       s/Holly A. Ryan
                                                     Case Manager
                                                     (313) 234-5126