UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARLEEN KOSAK, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

NEW YORK MEDIA HOLDINGS, LLC,

    Defendant.

Case No. 22-cv-11850
Hon. Matthew F. Leitman

_____/

## **STIPULATED ORDER STAYING MATTER PENDING MEDIATION**

Plaintiff and Defendant in this matter, by and through their respective counsel, hereby notify the Court and stipulate as follows:

WHEREAS, the parties have continued to discuss potential resolution of this matter and to that end have scheduled mediation for July 15, 2024;

WHEREAS, Defendant's motion to dismiss (ECF No. 37) is pending before the Court; and

WHEREAS, the parties desire to stay this matter and preserve the status quo until after the mediation takes place;

NOW THEREFORE, in light of the parties' stipulation herein as reflected by the signatures of their counsel below, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED as follows:

1. This matter is stayed until further order of the Court.

2. The parties shall submit a joint status report to the Court within 10 business days of the mediation date.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2024

STIPULATED:

/s/*Philip L. Fraietta* w/consent
Joseph I. Marchese
Philip L. Fraietta
Bursor & Fisher, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
Hedin LLP
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinllp.com
aravindran@hedinllp.com

E. Powell Miller (P39487)
Sharon Almonrode (P33938)
The Miller Law Firm, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI 48307
(284) 841-2200
epm@millerlawpc.com
gam@millerlawpc.com
ssa@millerlawpc.com

*Attorneys for Plaintiff*
Dated: June 7, 2024

/s/*Carol G. Schley*
Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Clark Hill PLC
220 Park Street, Suite 200
Birmingham, MI 48009
(248) 642-9692
pkupelian@clarkhill.com
cschley@clarkhill.com

Kristen C. Rodriguez
Deborah H. Renner
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10128
(212)768-6700
kristen.rodriguez@dentons.com
deborah.renner@dentons.com

*Attorneys for Defendant*
Dated: June 7, 2024

L6153\455949\277630303